UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH M. BROWN WILLIAMS; ALVIN E. WILLIAMS;<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; NATIONAL DEFAULT SERVICING CORPORATION; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 19-08722-AB (JPR)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled, **IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 19, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.